IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 25 PM 1:56

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| AMBER NEDDO, as guardian and next friend to Z.N., C.B., A.B., and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA LLC,<br><br>Defendants. | Case No. 2:23-cv-396-GWC |

## STIPULATION REGARDING JURISDICTIONAL DISCOVERY AND BRIEFING ON DEFENDANTS' MOTION TO DISMISS

Pursuant to the Court's Minute Order on May 20, 2024 (Doc. No. 35), Plaintiff Amber Neddo, as guardian and next friend to Z.N., C.B., and A.B., ("Plaintiff") and Defendants Monsanto Company, Solutia, Inc., and Pharmacia LLC ("Defendants") (together, the "parties"), by and through their attorneys, agree and stipulate as follows:

On January 30, 2024, Defendants filed a Motion to Dismiss Plaintiff's Complaint arguing Plaintiff's Complaint failed to plead personal jurisdiction and to state a claim under Vermont's medical-monitoring statute. (Doc. No. 27.) In response, on February 23, 2024, Plaintiff filed a Motion for Jurisdictional Discovery and Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. (Doc. No. 28.) Defendants opposed jurisdictional discovery (Doc. No. 32), and this motion was fully briefed. On May 20, 2024, the Court granted Plaintiff's Motion for Jurisdictional Discovery and ordered the parties to file a stipulated schedule to conduct jurisdictional discovery as well as a briefing schedule on Defendants' Motion to Dismiss. (Doc. No. 35.) At the Court's direction, the parties subsequently met and conferred.

In light of the Court's ruling, for purposes of this case, Defendants consent to personal jurisdiction in this case and waive any right to contest personal jurisdiction in the future in this matter. In exchange, Plaintiff will not seek jurisdictional discovery from Defendants.

The parties further agree and stipulate that Plaintiff's opposition to Defendants' Rule 12(b)(6) Motion to Dismiss shall be due on or before July 3, 2024, and Defendants' reply brief in further support of Defendants' Motion to Dismiss shall be due on or before August 2, 2024.

Respectfully submitted,

Dated: May 24, 2024

*/s/ J. Eli Wade-Scott*
J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Hannah Hilligoss (admitted *pro hac vice*)
hhilligoss@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*/s/ Jimmy Rock*
Jimmy Rock
jrock@edelson.com
Edelson PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: 202.270.4777

*Counsel for Amber Neddo, as guardian and next friend to Z.N., C.B., and A.B., and all others similarly situated.*

*/s/ Ian P. Carleton*
Ian P. Carleton, Esq.
Alexandrea L. Nelson, Esq.
Devin T. McKnight, Esq.
Hannah C. Waite, Esq.
Sheehey Furlong & Behm P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
P: (802) 864-9891

*/s/ Lauren R. Goldman*
Lauren R. Goldman (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
P: (212) 351-4000
F: (212) 351-4035

Amir C. Tayrani (*pro hac vice*)
Russell B. Balikian (*pro hac vice*)
Zachary Tyree (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036
P: (202) 955-8500
F: (202) 467-0539

*Counsel for Monsanto Co., Solutia, Inc., and Pharmacia LLC*

2

Amber Neddo v. Monsanto Company, et al                                    Case No. 2:23-CV-396

**IT IS SO ORDERED:**

Dated: __25 June_____, 2024.

_____
Hon. Geoffrey W. Crawford
United States District Court Judge