NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Amber Neddo

      v.                                  Case No. 2:23-cv-396

Monsanto Company, et al.

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Thursday, October 17, 2024 Burlington before Honorable Geoffrey W. Crawford, District Judge, for a hearing on Motion to Dismiss Class Action Complaint (Doc. 27).

Location: via videoconference

JEFFREY S. EATON, Clerk
By: */s/ Emerson F. Howe*
Deputy Clerk
9/16/2024

TO:

Jimmy R. Rock, Esq.
J. Eli Wade-Scott, Esq.
Hannah Hilligoss. Esq.

Alexandrea L. Nelson, Esq.
Amir C. Tayrani, Esq.
Devin T. McKnight, Esq.
Hannah C. Waite, Esq.
Ian P. Carleton, Esq.
Lauren R. Goldman, Es.
Russel B. Balikian, Esq.
Zachary Tyree, Esq.

Sunnie Donath, Court Reporter