| | | |
|---|---|---|
| **VERMONT SUPREME COURT**<br>109 State Street<br>Montpelier VT 05609-0801<br>802-828-4774<br>www.vermontjudiciary.org |  | Case No.     24-AP-342 |

11/15/2024

Re:   Amber Neddo, as Guardian & Next Friend Z.N., C.B., & A.B. et al.* v. Monsanto Company et al.
      US District Court District of Vermont      2:23-cv-00396

This Office received a Certified Question from the federal court in the above-entitled case. Supreme Court Case No. **24-AP-342** is assigned to this matter. Please use the Supreme Court Case Number when filing any documents or asking any questions concerning this appeal.

Sincerely,

*Gerrie Denison*

Gerrie Denison, Judicial Assistant
Vermont Supreme Court