| VERMONT SUPREME COURT | | Case No. | 24-AP-342 |
|---|---|---|---|
| 109 State Street | | | |
| Montpelier VT 05609-0801 | | | |
| 802-828-4774 | | | |
| www.vermontjudiciary.org | | | |



# ENTRY ORDER

NOVEMBER TERM, 2024

| Amber Neddo, as Guardian & Next Friend | } | Original Jurisdiction |
|---|---|---|
| Z.N., C.B., & A.B. et al.* v. Monsanto | } | |
| Company et al. | } | |
| | } | Federal Certified Question |
| | } | CASE NO. 2:23-cv-00396 |

In the above-entitled cause, the Clerk will enter:

This federal certified question is accepted. V.R.A.P. 14(f).

The plaintiff is considered the appellant for purposes of this appeal. V.R.A.P. 14(g). Within fourteen days of entry of this order, appellant must file an appellant's docketing statement and a copy of a proper transcript order, or a statement indicating that no transcripts are necessary for the appeal. See V.R.A.P. 3(e), 10(b)(1). In addition, within fourteen days of entry of this order, appellant must pay the entry fee or apply to waive the fee. V.R.A.P. 14(g).

BY THE COURT:

Paul L. Reiber, Chief Justice

Harold E. Eaton, Jr., Associate Justice

Karen R. Carroll, Associate Justice

William D. Cohen, Associate Justice

Nancy J. Waples, Associate Justice