```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
            UNITED STATES DISTRICT COURT                       FILED
                      FOR THE
               DISTRICT OF VERMONT                      2025 DEC 19 PM 2:37

                                                              CLERK
                                                        BY    UAW
                                                           DEPUTY CLERK
```

AMBER NEDDO, as guardian and )
next friend to Z.N., C.B., and A.B., )
and all others similarly situated, )
)
)
Plaintiff, )
)
v. ) Case No. 2:23-cv-396
)
MONSANTO COMPANY, SOLUTIA )
INC., and PHARMACIA LLC, )
)
Defendants. )

## SCHEDULING ORDER

Following a status conference on December 19, 2025, the court orders as follows:

1. Plaintiffs may file an amended complaint concerning alleged dates of exposure not later than January 6, 2025. Alternatively, the parties may file a stipulation concerning attendance and alleged exposure of plaintiff's children, also by January 6, 2025.

2. Defendant may file a supplemental memorandum concerning the pending motion to dismiss not later than January 9, 2026. Any reply shall be filed not later than January 16, 2026. Both memos shall not exceed ten pages.

3. The parties shall commence discovery at this time despite the pending motion to dismiss.

4. The court commits to releasing a ruling on the motion to dismiss not later than mid-February 2026. The parties shall use March 1, 2026 as a start date to set deadlines for the following events:

1

     a. Completion of fact discovery;
     b. Disclosure of expert witnesses;
     c. "Science Day;"
     d. Daubert motions;
     e. Motion for class certification;
     f. Summary judgment deadline.

5. The court intends to set a hearing on the motion for class certification – if the case is not dismissed – in December 2026. The deadlines should work towards completion of the various tasks within that time frame. The parties shall submit a proposed pre-trial order setting out the various deadlines not later than January 30, 2026.

6. The court will table for now the issue of whether putative class members exposed prior to July 1, 2022, have a medical monitoring remedy under Vermont common law.

7. The parties shall identify a mediator not later than January 30, 2026. If they are unable to agree on a mediator, the court will appoint one after notice to the parties before the end of February 2026. Once a mediator is identified, the court will appoint the mediator as the court's settlement master. The parties will share the cost of the settlement master evenly.

Dated: December 19, 2025

Geoffrey Crawford,

U.S. District Court Judge