U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 APR -8 AM 10: 23

CLERK

BY_____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

AMBER NEDDO, as guardian and next     )
friend to Z.N., C.B., and A.B., and all others     )
similarly situated,     )
                    )
        Plaintiff,     )
                    )
v.     )                    Case No. 2:23-cv-396
                    )
MONSANTO COMPANY, SOLUTIA INC.,     )
and PHARMACIA LLC,     )
                    )
        Defendants.     )

**AGENDA FOR STATUS CONFERENCE ON APRIL 8, 2026**

1. Discovery

   a. Should the court bifurcate discovery?
   b. What do defendants need from plaintiff to address class certification?
   c. What do plaintiffs need from defendant?
   d. Would bifurcation defer all "merits discovery" from defendant until after class certification? (Doc. 65, p. 8) ("…there is no need for any merits discovery of Defendants, for example, to decide the issue of class certification.") Does this mean that the court should accept as true the plaintiff's allegations about Monsanto's conduct and the risks of exposure to PCBs for purposes of class certification?
   e. Are there any real efficiencies in light of the time spent litigating which topics relate to class and which to merits?
   f. One deposition of every witness or two?

2. Experts

   a. Areas of expertise for both parties
   b. Experts already known to counsel?
   c. How soon can reports be exchanged?
   d. The Daubert process is lengthy and challenging to schedule. It is uncommon to strike conventional experts with advanced degrees. Is it really necessary to resolve the Daubert issues before class certification?

3. Science day

    a. July 2026?
    b. Two experts per side?  One with expertise in toxicology and exposure to PCBs; the other to address the pros and cons of a public health monitoring response.  Other areas of expertise?
    c. Invite an administrator from the Bennington PFOA monitoring program to address participation and outcomes?

4. Work that must be completed at an absolute minimum before motion to certify.

5. Status of people alleged to have been exposed prior to effective date of the Vermont statute.

6. Other topics.