U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2026 APR -9  AM II: 05

CLERK

BY_____ *LG*
DEPUTY CLERK

AMBER NEDDO, as guardian and next )
friend to Z.N., C.B., and A.B., and all others )
similarly situated, )
 )
　　　Plaintiff, )
 )
v. ) Case No. 2:23-cv-396
 )
MONSANTO COMPANY, SOLUTIA INC., )
and PHARMACIA LLC, )
 )
　　　Defendants. )

## SCHEDULING ORDER

Following a status conference on April 8, 2026, the court enters the following discovery schedule:

1. Plaintiff shall respond to the motion to dismiss the first amended complaint within 28 days.

2. The parties shall exchange initial disclosures by May 1, 2026.

3. Fact discovery relevant to class certification in the view of the party seeking discovery, including third-party discovery, shall be completed by September 1, 2026 (plaintiff) and October 1, 2026 (defendant).

4. Plaintiff shall disclose expert reports relevant to class certification by September 1, 2026. Depositions of these experts shall be completed within 60 days.

5. Defendants shall disclose expert reports relevant to class certification by November 1, 2026. Depositions of these experts shall be completed within 60 days.

6. Defendants shall file any Daubert motions by November 1, 2026. Plaintiffs shall file any Daubert motions by January 1, 2027.

7. The motion for class certification shall be filed by February 1, 2027. Normal response times apply.

8. The court denies the request for bifurcation of class and merits discovery with one exception. A party seeking discovery may exclude specific areas for which it reserves the

right to seek merits-related discovery after a class certification order issues.  The exclusion shall be in writing and specify the factual areas for which merits discovery is deferred.  It does not apply to depositions.  Unless the parties agree otherwise, depositions, including expert depositions, shall only be taken once.

9.  The court will convene "Science Day" in late July.  The parties may bring 2 or 3 experts.  The court will discuss details with the parties later this spring, but the idea is that the experts will discuss the scientific issues in the case as they see them in an informal setting and off the record.  The court is particularly interested in learning about the detection of PCBs through testing and the association between PCB levels and various illnesses, including the benefits of early detection and treatment.  The lawyers may participate but they will not lead the conversation or conduct formal questioning.  The court will also invite someone from the Bennington PFOA medical monitoring program to discuss how that program operates.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 9th day of April, 2026.

Geoffrey W. Crawford, Judge
U.S. District Court