U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 26 A 10: 23

CLERK

BY_____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

AMBER NEDDO, as guardian and next ) 
friend to Z.N., C.B., and A.B., and all others ) 
similarly situated, )
 )
 )
v. )            Case No. 2:23-cv-396
 )
 )
MONSANTO COMPANY, SOLUTIA, )
INC., and PHARMACIA, LLC )
 )
Defendants. )

## ORDER ON "SCIENCE DAY"

The court has scheduled a "science day" event for July 29, 2026, to start at 9:00 am. The purpose of the event is to educate the court and the parties about the scientific issues in the case through informal presentations and questioning of both sides' expert witnesses. There will be no court reporter present and the proceedings will not be recorded. The science day event precedes the exchange of formal expert reports, depositions, and any Daubert motions.

At a status conference on June 8, 2026, the parties identified three primary areas of scientific expertise:

1.  Transport and exposure modeling of PCB compounds;

2.  Toxicology of PCBs;

3.  Efficacy and shortcomings of medical monitoring.

Plaintiff expects to bring three experts to discuss these three areas. The defense anticipates two experts – one to discuss (1) and (2) and a physician to discuss (3).

The court will allow 35 minutes for each expert with some flexibility for the defense expert who covers (1) and (2) and may wish for more time. The presentations may be conversational and informal in tone. At the end of each, the opposing experts may have

questions. The lawyers may ask questions too, but these will not be mini-depositions or cross-examinations. Questions genuinely intended to illuminate and explore an issue are welcome – regardless of whom they come from. The order of presentation will be plaintiff's (1) and (2) experts followed by defendant's expert covering both topics. We will then reach the two medical experts.

In addition to the scientific experts, the court has asked Edward Gentle, administrator for the medical monitoring program in the Bennington PFOA case, to attend and describe the scope, nature and cost of the monitoring he oversees. We will start with his presentation and devote up to one hour. The parties are welcome to ask Mr. Gentle questions about the Bennington program as it is Vermont's first experience with medical monitoring.

Dated at Burlington, in the District of Vermont, this 26th day of June, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2