U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 28 P 2:32

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

AMBER NEDDO, as guardian and next        )
friend to Z.N., C.B., and A.B., and all others   )
similarly situated,                       )
                                          )
        Plaintiff,                        )
                                          )
        v.                                )        Case No. 2:23-cv-396
                                          )
MONSANTO COMPANY, SOLUTIA INC.,           )
and PHARMACIA LLC,                        )
                                          )
        Defendants.                       )

**Agenda for Science Day – July 29, 2026**

9:00 a.m. – Welcome and discussion of format

9:15 a.m. – Ed Gentle,

> Medical monitoring experience in *Sullivan v. St. Gobain Performance Plastics Corp.*, No. 16-cv-125 (D. Vt.).

10:15 – break

10:30 –12:00

Alternate between plaintiff and defense experts.

12:00 – 1:30

Lunch

1:30 – 4:00

Continue with expert discussion.

The presentations are intended to be informal and open to questions and comments from the court, staff, counsel and the other experts in attendance.

**Issues of interest to the court**

I.    The school buildings

    a.   PCB testing procedures;
    b.   PCB levels triggering concern and potential medical monitoring.

II.    PCB issues

    a.  Availability of blood testing;
    b.  Association with particular medical problems;
    c.  Benefit and downside of early detection;
    d.  Problems with false positives and other unhelpful test results.

III.    Problems of scale

    a.  How many people may qualify under plaintiff's proposal?
    b.  What problems result from widespread population testing?
    c.  Are there examples, successful or not, from other chemical exposure cases?
    d.  What would a potential program actually look like?

The court and staff are open to hearing about other issues and concerns, especially those within the experts' fields of study.

Dated at Burlington, in the District of Vermont, this 28th day of July, 2026.

Geoffrey W. Crawford, Judge
United States District Court