U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 AUG 19 P 12:45

CLERK
BY UAW
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| AMBER NEDDO, as guardian and next friend to Z.N., C.B., and A.B., and all others similarly situated | Case No. 2:23-cv-396-gwc |
| *Plaintiff,* | Hon. Geoffrey W. Crawford |
| v. | |
| MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA LLC, | |
| *Defendants.* | |

**FIRST AMENDED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order, and for good cause shown, the Court amends the Scheduling Order entered April 9, 2026, (Dkt. 86), as follows:

1. The Parties exchanged initial disclosures on or before May 1, 2026.
2. The Court held Science Day on July 29, 2026.
3. The deadlines set in paragraphs three (3) through seven (7) of the April 9, 2026 Scheduling Order, (Dkt. 86), are VACATED.
4. The Parties shall brief the threshold legal issue regarding the treatment of putative class members' PCB exposure occurring before July 1, 2022, the effective date of the medical monitoring statute at issue (12 V.S.A. § 7202), according to the following schedule: Plaintiff's opening brief is due August 28, 2026; Defendants' response is due September 18, 2026; and Plaintiff's reply is due September 30, 2026.
5. Within fourteen (14) days of the Court's ruling on the threshold legal issue, the Parties shall submit a joint status report proposing new deadlines for the Scheduling Order or other next steps.
6. The Court reiterates that a party seeking discovery may exclude specific areas for which it reserves the right to seek merits-related discovery after a class certification order issues. The exclusion shall be in writing and specify the factual areas for which merits discovery

is deferred. It does not apply to depositions. Unless the Parties agree otherwise, depositions, including expert depositions, shall only be taken once.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 19th day of August, 2026.

Geoffrey W. Crawford, Judge
U.S. District Court